# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF PROFESSIONAL | § | |
| BALL PLAYERS OF AMERICA | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 4:23-cv-01037-O |
| v. | § | |
| | § | |
| JENNIFER S. MADISON AND NATE | § | |
| MILLER AND DOES 1 – 25 | § | |
| *Defendants.* | § | |

## PLAINTIFF'S APPENDIX IN SUPPORT OF ITS APPLICATION
## FOR TRO AND PRELIMINARY AND PERMANENT INJUNCTIONS

Plaintiff, the Association of Professional Ball Players of America, files this *Appendix in Support of its Application for TRO and Preliminary and Permanent Injunction* and would provide the following to the Court:

| Exhibit Designation | Description | Page Numbers |
|---|---|---|
| **Exhibit A** | Declaration of Peter D. Weinstein in Support of Plaintiffs' Application for Temporary Restraining Order and Preliminary and Permanent Injunction | **PLNTF. APP. 0001 – PLNTF. APP. 0005** |
| **Exhibit A-1** | USPTO Trademark Registration for "Association of Professional Ball Players of America" which has trademark Registration Number 7,173,426 | **PLNTF. APP. 0006 – PLNTF. APP. 0008** |
| **Exhibit A-2** | USPTO Trademark Registration for the trademarked logo for the Association of Professional Ball Players of America which has trademark Registration Number 7,150,795 | **PLNTF. APP. 0009 – PLNTF. APP. 0011** |
| **Exhibit A-3** | Selected Facebook posts and materials by Defendant Jennifer Madison | **PLNTF. APP. 0012 – PLNTF. APP. 0021** |
| **Exhibit A-4** | Selected Facebook posts and materials by Defendant Nate Miller | **PLNTF. APP. 0022 – PLNTF. APP. 0024** |
| **Exhibit A-5** | Meeting minutes of the Association of Professional Ball Players of America on June 15, 2021 | **PLNTF. APP. 0025 – PLNTF. APP. 0026** |
| **Exhibit A-6** | Meeting minutes of the Association of Professional Ball Players of America on August 10, 2021 | **PLNTF. APP. 0027 – PLNTF. APP. 0028** |

| Exhibit Designation | Description | Page Numbers |
|---|---|---|
| **Exhibit A-7** | Meeting minutes of the Association of Professional Ball Players of America on December 30, 2021 | **PLNTF. APP. 0029 – PLNTF. APP. 0030** |
| **Exhibit A-8** | Relevant portions of the Association of Professional Ball Players of America's 2021 annual report, filed with the Arizona Secretary of State | **PLNTF. APP. 0031 – PLNTF. APP. 0032** |
| **Exhibit A-9** | Constitution and Bylaws of the Association of Professional Ball Players of America | **PLNTF. APP. 0033 – PLNTF. APP. 0050** |
| **Exhibit A-10** | Additional posts and messages by Defendant Jennifer Madison | **PLNTF. APP. 0051 – PLNTF. APP. 0055** |

Respectfully submitted,

*/s/ Graigory B. Fancher*
Graigory B. Fancher
State Bar No. 24052016
gfancher@bwwlaw.com
Austin L. Caldera
State Bar No. 24105284
acaldera@bwwlaw.com
Bourland, Wall & Wenzel, P.C.
301 Commerce Street, Suite 2500
Fort Worth, Texas 76102-4125
Telephone: (817) 877-1088
Facsimile: (817) 877-1636
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that, on December 8, 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court and served on all counsel of record via the Court's CM/ECF system.

*/s/ Graigory B. Fancher*
Graigory B. Fancher

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| ASSOCIATION OF PROFESSIONAL | § | |
| BALL PLAYERS OF AMERICA | § | |
| _Plaintiff,_ | § | |
| | § | CIVIL ACTION NO. 4:23-cv-01037-O |
| v. | § | |
| | § | |
| JENNIFER S. MADISON AND NATE | § | |
| MILLER AND DOES 1 – 25 | § | |
| _Defendants._ | § | |

<u>**DECLARATION OF PETER D. WEINSTEIN IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
AND PERMANENT INJUNCTION**</u>

1.       I am an attorney licensed to practice in the States of California and Texas. I am also the General Counsel, custodian of records, and a member of the Board of Directors for the Association of Professional Ball Players of America. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently to them.

2.       Attached as Exhibit A-1 to this Declaration is a true and correct copy of the Trademark Registration document for the trademarked "Association of Professional Ball Players of America" which has trademark Registration Number 7,173,426 (the "'426 Trademark) from the United States Patent and Trademark Office. The '426 Trademark is owned by the Association of Professional Ball Players of America, which is doing business as the APBPA.

3.       Attached as Exhibit A-2 to this Declaration is a true and correct copy of the Trademark Registration document for the trademarked logo for the Association of Professional Ball Players of America, which is doing business as the APBPA, which has trademark Registration Number 7,150,795 (the "'795 Trademark) from the United States Patent and Trademark Office. The '795 Trademark is owned by the Association of Professional Ball Players of America, which is doing business as the APBPA.

4.     Attached as Exhibit A-3 is a snapshot of the Facebook page of Defendant Jen Madison (https://www.facebook.com/Madison.Jen) from December 2, 2023, where she uses the registered '426 Trademark and the '795 Trademark in multiple posts that disparage the owner of those trademarks, the Association of Professional Ball Players of America, which is doing business as the APBPA.  Attached as Exhibit "A-10" are additional disparaging and unauthorized text and video posts by Defendant Madison.

5.     Attached as Exhibit A-4 is a snapshot of the Facebook page of Defendant Nate Miller (https://www.facebook.com/natemiller1986) from December 2, 2023, where he uses the registered '426 Trademark and the '795 Trademark to mislead the public into believing he is associated with and the President of the Association of Professional Ball Players of America ("APBPA").

6.     The illegal use of the '426 Trademark and the '795 Trademark by Defendant Jen Madison and Defendant Nate Miller have and will continue to cause confusion with the public and particularly, those current and former ball players who view the illegal use of the aforementioned trademarks when on social media. In fact, the APBPA has received multiple telephone calls and email inquiries asking the APBPA what is going on with the APBPA based on posts by Defendant Jen Madison and Defendant Nate Miller on social media, including Facebook that ball players are viewing when searching for the pages of the APBPA. Defendants' actions are causing significant harm to the APBPA and if their use of the '426 Trademark and '795 Trademark is not stopped immediately, the APBPA will suffer significant damage. This damage is made worse by the fact that 2024 is the 100 year anniversary of the Association of Professional Ball Players of America. The confusion caused by Defendants' illegal use of the '426 Trademark and '795 Trademark is impinging on the APBPA's planning for its 100 year anniversary events as ball players and others who would want to attend and support the APBPA, including financially, are unsure and unclear of the status of the APBPA based on Defendants' illegal use of the '426 Trademark and '795 Trademark.

7.    Attached as Exhibit A-5 is a snapshot of meeting minutes of the Association's board of directors on June 15, 2021, concerning unauthorized and fraudulent activities by Jen Madison.

8.    Attached as Exhibit A-6 is a snapshot of meeting minutes of the Association's board of directors on August 10, 2021, concerning the Association's investigation into Jen Madison's unauthorized and fraudulent activities, as well as the legal barriers preventing her from holding the role of the Association's President.

9.    Attached as Exhibit A-7 is a snapshot of meeting minutes of the Association's board of directors on December 30, 2021, at which time Kameron Loe was unanimously voted into office as the Association's President.

10.    Attached as Exhibit A-8 is a snapshot of the 2021 annual report filed with the Arizona Secretary of State by the Association naming Kameron Loe as its President.

11.    Attached as Exhibit A-9 is a true and correct copy of the Association's Constitution and Bylaws.

12.    Neither Jen Madison nor Nate Miller was ever voted on for the office of President of the Association by the Association's board or its constituents. Pursuant to the Bylaws, candidates for the office of President must be elected by vote. Jen Madison was purportedly "appointed" President by a former outgoing President, but she was never voted on for such role. Nate Miller was neither appointed nor voted on for President of the Association at any time. Further, the Association determined in 2021 that it would violate certain laws for Jen Madison to hold the office of President and that, independently of that issue, she had recently been involved in other unauthorized and fraudulent activities under the guise of the Association.

13.    I declare under penalty of perjury under the laws of the State of Texas and under the laws of the United States of America that the foregoing is true and correct and that the statements made upon information and belief are believed by me to be true.

**DECLARATION OF PETER D. WEINSTEIN IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
AND PERMANENT INJUNCTION**

Executed this date of December 6, 2023 in Georgetown, Texas.

Respectfully submitted,

PETER D. WEINSTEIN, Ph.D., J.D.

_____

**DECLARATION OF PETER D. WEINSTEIN IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
AND PERMANENT INJUNCTION**
512756.5

Page **4** of **4**
**PLNTF. APP. 0005**

# Exhibit A-1

# United States of America

## United States Patent and Trademark Office

## Association of Professional Ball Players of America

**Reg. No. 7,173,426**

**Registered Sep. 26, 2023**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Association of Professional Ball Playersof America
 (ARIZONA CORPORATION), DBA APBPA
23623 N Scottsdale Road #290
Scottsdale, ARIZONA 85255

CLASS 35: Promoting the interests of active and retired professional baseball players by means of an association

FIRST USE 10-9-1924; IN COMMERCE 10-9-1924

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "ASSOCIATION"

SEC.2(F)

SER. NO. 97-515,724, FILED 07-22-2022



Director of the United States
Patent and Trademark Office



> ### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

PLNTF. APP. 0008

# Exhibit A-2

PLNTF. APP. 0009

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,150,795**

**Registered Aug. 29, 2023**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Association of Professional Ball Players of America
(ARIZONA CORPORATION), DBA APBPA
23623 N Scottsdale Road #290
Scottsdale, ARIZONA 85255

CLASS 35: Promoting the interests of active and retired professional baseball players by means of an association

FIRST USE 10-9-1924; IN COMMERCE 10-9-1924

The mark consists of a baseball containing the four stylized letters A P B and P symmetrically placed in clockwise fashion with P at the 12 o'clock position, B at the 3 o'clock position, P at the 6 o'clock position and A at the 9 o'clock position. The baseball is surrounded by a symmetrical olive branch laurel wreath that is open at the top. At the bottom of the wreath are two shaking hands.

SER. NO. 97-541,275, FILED 08-09-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

PLNTF. APP. 0011

# Exhibit A-3

        



# Jen Madison

Follow     Message

Posts    About    Friends    Photos    Videos    Check-ins    More ▾    •••

## Intro

Former President & Current Advisory Board Member for Assoc of Professional Ball Players of America

📍 From **Calabasas, California**

PLNTF. APP. 0013



+ 8

Featured

## Photos

See all photos







PLNTF: APP. 0014

       



## Friends

See all friends

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2023

PLNTF. APP. 0015

       

## Posts

Filters

**Jen Madison**
18h · 🌐

· · ·



PLNTF. APP. 0016

        

 **Association of Professional Ball Players of America** is 🟣 feeling hopeful.
18h · 🌐

Excellent news, Everyone!! It's positive news, and we are grateful the tide seems to be turning in many ways to save the APBPA. We got the lying, cheating, illegal, obstructing, and desperate massively failed businessmen imposters to obey 1 law today, within the hacked into APBPA, finally, because authorities are taking this very seriously and have thankfully started to act.

It was a serious law breaking, of selling alcohol on the hacked APBPA website and social media, using the APBPA logo and membership cards, with no legal Board authorization, and no liquor license, while also illegally fundraising, while not currently registered as a legal 501c3 with the IRS or with the State of AZ.

Furthermore it was such a slap in the face, to all the APBPA's sobriety program recipients especially the one's the APBPA sadly couldn't save but tried to for decades. Steve Dalkowski writes about the APBPA's hardworking efforts for his sobriety in his memoirs. Clearly, the APBPA deals with life and death issues after baseball, and all laws must be followed, as such.

Next, we seek those who have maliciously, and with 0 legal authority, hacked into the APBPA bank account, PO Box, payroll, and website with forged documents utilizing the APBPA logo and blatant lies, to now follow the federal laws regarding that, whether it's embezzlement or larceny at this point that we are all witnessing.

Moreover, the 30+ assistance recipients are currently begging you to do the right thing and follow all laws immediately. Nothing more and nothing less.

If you dream of working for a baseball nonprofit very badly in the future, please start your own, instead of trying to steal one from the lawful Board Members and it's 101,800 members. It's not happening to the APBPA. It can't. Surely you must understand why we insist on law following?

Please follow every law and this can all end for everyone as we all need it to right now. Thank you.

We appreciate your full compliance immediately with all laws and APBPA bylaws. Please return everything that was stolen immediately and move right along.

Time is up.
Apbpa.org



 Like                               Share

Jen Madison limited who can comment on this post.

 **Jen Madison**
2d · 🌐

PLNTF. APP. 0017

        

"*Kind hearts* are the gardens, *kind thoughts* are the roots, *kind words* are the flowers, *kind deeds* are the fruits. Take care of your garden. And keep out the weeds. Fill it with *sunshine, kind words, and kind deeds.*"

HENRY WADSWORTH LONGFELLOW

⧗ **Declutter The Mind**

                                              1 comment

 Like                         Share

 **Nate Miller** · Follow
Perfectly said!
2d   Like           

 **Jen Madison**
3d · 🌐                                          ...

My life and the lives of so many others are being absolutely destroyed right now by a handful of
cruel and unscrupulous lying and cheating individuals. They refuse to follow laws and will only do

PLNTF. APP. 0018

       

these individuals dictating to us how they want us to shut up and let them keep stealing f... **See more**



NEVER BE AFRAID TO RAISE YOUR VOICE FOR HONESTY AND TRUTH AND COMPASSION AGAINST INJUSTICE AND LYING AND GREED. IF PEOPLE ALL OVER THE WORLD...WOULD DO THIS, IT WOULD CHANGE THE EARTH.

— WILLIAM FAULKNER

1 comment   1 share

 Like        Share

 James Kimes

PLNTF. APP. 0019



2d   **Like**

 **Jen Madison**
3d · 🌐



 **Association of Professional Ball Players of America**
3d · 🌐

Notorious cheater in baseball, Kameron Loe and Kevin "boom goes the dynamite" Simmons and their team are illegally embezzling right now from the APBPA and its a... **See more**

 Like                        Share

Jen Madison limited who can comment on this post.

 **Jen Madison**
4d · 🌐

PLNTF. APP. 0020

       



 **Association of Professional Ball Players of America**
4d · 🌐

Thank you so much, to all the numerous APBPA Members and APBPA supporters, who are calling in, texting, and messaging to let us know that you do not, at all, su... **See more**



Like                    Share

Jen Madison limited who can comment on this post.

PLNTF. APP. 0021

# Exhibit A-4

PLNTF. APP. 0022



## ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF AMERICA

BALL PLAYERS HELPING BALL PLAYERS

EST. 1924



# Nate Miller

5.2K followers • 5.6K following



Message    Follow    Add friend

Posts    About    Followers    Photos    Videos    Groups    More ▾    ⋯

## Intro

Profile · Digital creator

President at **Association of Professional Ball Players of America**

Public Relations & Editorial Intern at Fox Sports Radio 1340 AM

Texas Rangers Beat Writer, Editor, and Marketing Manager at Sportrelay.com

Former Broadcasting Intern at **Texas AirHogs Baseball**

Former On Air/Production at Newell Broadcasting

PLNTF. APP. 0023

Studied Sports Marketing and Media at **Full Sail University**

Went to Comstock Park High School

Studied Radio Broadcasting at Brown College

Lives in **Arlington, Texas**

From **Haslett, Michigan**

Single

**Featured**

# Photos

See all photos




PLNTF. APP. 0024

# Exhibit A-5

PLNTF. APP. 0025



# ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF AMERICA

### Ball Players Helping Ball Players Since 1924

This meeting was held and recorded by teleconference on 6/15/2021 6:00am PT.

| Present: | Absent: |
|---|---|
| Dr. Jennifer Burns, President | Jennifer Madison |
| Steve Bumbry, Vice President | Brooks Robinson, Director |
| Kevin Simmons, Vice President | Tom Gamboa, Director |
| Justin Gedge, Director | Tony LaRussa, Director |
| Geoff Rowan, Director | **Guest Attendee:** |
| Howie Bedell, Director | Kameron Loe |

President Dr. Burns called the meeting to order. Kevin Simmons performed roll call and a quorum was present. Jennifer Madison was invited to attend, yet made a direct effort to prevent the Board of Directors (BOD) from meeting by sending a blanket email to all BOD on Tuesday, June 15, 2021 claiming the meeting is "canceled". This meeting was scheduled around Mr. Tom Gamboa's golfing schedule. It is the opinion of this Board that Mr. Tom Gamboa did not attend the meeting as a direct result of Jennifer Madison's email and efforts to cancel said meeting.

The first order of business was discussion about the fraudulent 04/30/2021 BOD meeting minutes created and submitted to US Bank by Jennifer Madison. As recorded per teleconference (Zoom), each attending Director verbally confirmed one-by-one that no one actually participated in said fraudulent meeting. April 30, 2021 meeting minutes officially deemed to be fraudulent and the sole responsible person is Jennifer Madison. All agreed the Directors listed in 04/30/2021 minutes are legitimate, confirmed by Jennifer Madison via text and as officially reported to Arizona Corporation Commission. However, one Director is missing. Mysteriously, Kameron Loe is missing from Jennifer Madison's text and not reported to Arizona Corporation Commission. Kameron Loe is invited to attend this Board Meeting and claims he is indeed an active Board Member. Efforts are being made to confirm his status.

Board of Directors discussed their financial and legal exposure as individuals.

Board of Directors unanimously recognized Jennifer Madison has publicly announced her medically diagnosed battle with ALS repeatedly on Facebook. Board of Directors discussed terms of Jennifer Madison's medical leave of absence as revealed in fraudulent meeting minutes. Jennifer Madison's act of creating and filing fraudulent meeting minutes is deemed very concerning.

Board of Directors discuss newly discovered Letter of Termination written by Richard "Dick" Beverage terminating Jennifer Madison on or about August 27, 2020. Is this Letter of Termination authentic or is it a fraudulent document created by Jennifer Madison to later sue APBPA? Is the signature of Richard "Dick" Beverage authentic or was it faked by Jennifer Madison?

Motion made by Kevin Simmons to recognize and accept Letter of Termination. Motion tabled due to certain Board Members desire for more information. Bedell and Bumbry expressed their desire for a direct conversation with Dick Beverage regarding authenticity of the letter.

Motion made by Steve Bumbry to recognize and approve Jennifer Madison's medical leave of absence. However, not on terms noted in fraudulent meeting minutes, i.e., not with salary nor healthcare as stated in fraudulent meeting minutes filed with US Bank in the State of Arizona. Kevin Simmons seconds the motion. Motion passes unanimously in a 6-0 vote.

Discussion begins regarding other areas of potential allegations of fraud on behalf of Jennifer Madison and her actions having negative effects on APBPA. Noted conversation, discussion pertaining to Jennifer Madison purposefully obstructing, interrupting, and otherwise interfering with our internal fraud investigation and business continuity of the Association by logging into the APBPA GoDaddy dashboard and removing DNS records from current hosted website

# Exhibit A-6

PLNTF. APP. 0027



# ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF AMERICA

Ball Players Helping Ball Players Since 1924

This meeting was held and recorded by teleconference on 8/10/2021 6:00am PT.

**Present:**
Dr. Jennifer Burns, President
Steve Bumbry, Vice President
Kevin Simmons, Vice President
Justin Gedge, Director
Kameron Loe, Director

**Absent:**
Howie Bedell, Director
Patrick Hanley, Director
Tony LaRussa, Director
Geoff Rowan, Director

**Guest Attendees:**
Rusty Gerhardt, Member
Joseph Ricotta, Member
Barry Sheldon, Member
Bradly Byrne, Member
Michael Lucas, Member
Joseph Ricotta, Member

Burns called meeting to order.  Acting Secretary Gedge performs roll call.  Quorum is present. Meeting and voting may proceed.

[NOTE: BOD investigated Kameron Loe's status as an active APBPA Director. Evidence of Mr. Loe's impeccable service is discovered. Kameron Loe is officially recognized as a Director with accolades and apologies from fellow Directors.]

Motion made by Simmons to approve 07/16/2021 Meeting Minutes. Gedge seconds motion to approve. Minutes approved by Burns, Bumbry, Simmons, Gedge and Loe.

Burns provides update on Association:
- Internal investigation by Gedge and Simmons of fraudulent schemes by Jen Madison continues.
- 2018, 2019 and 2020 and 2021 federal income taxes still not filed.
- Arizona State Statutes and Federal Laws governing 501(c)(3) organizations declare it unlawful for Jennifer Madison to hold positions of Secretary, Treasurer and President simultaneously.
- Jennifer Madison used APBPA funds for personal use. Personal use of APBPA funds in general is unlawful, specifically as Secretary, Treasurer and President is egregiously unlawful per Federal and Arizona State Statutes governing 501(c)(3) organizations.
- Jennifer Madison used APBPA Stripe Account to conduct and in cases succeed in unauthorized credit card transactions of APBPA Members and individuals unrelated to APBPA aka identity theft.
- After Jennifer Madison was served Cease and Desist Letter via process server, she still has not complied with returning APBPA property, account access, et al.
- According to Arizona Statutes, Jennifer Madison did not allow due process of APBPA Members and therefore wrongfully terminated APBPA Members. APBPA Members had their memberships canceled and their personal accounts blocked from APBPA Group Page on social media without due process.
- Per Arizona State Statute, Jennifer Madison is responsible for training APBPA Board Members. Jennifer Madison did not provide appropriate training to Burns, Simmons, Loe or Gedge.
- Further, Jennifer Madison bullied and harassed UPS Store employee with legal threats.
- 2018, 2019 and 2020 unemployment taxes have not been filed and paid.
- Postage machine lease has not been paid.

# Exhibit A-7

DocuSign Envelope ID: 6A88E65E-D32A-4837-AF93-1EDD81207653



# ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF AMERICA

Ball Players Helping Ball Players Since 1924

## MINUTES OF THE MEETING OF THE OFFICERS AND DIRECTORS

## OF THE ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF AMERICA

This meeting was held and recorded by teleconference on 12/30/2021 11:30am MT.

**Present:**
Kameron Loe, President
Ray King, Secretary
Kevin Simmons, Vice President
Dr. Erin Shannon, Vice President
Steve Bumbry, Vice President
Manny Parra, Director

**Absent:**
Howie Bedell, Director
Tony LaRussa, Director

Loe called meeting to order.  Simmons performs roll call.  Quorum is present. Meeting and voting may proceed.

Simmons motion to approve BOD minutes of the December 7, 2021 Board Meeting.  Loe seconds the motion.  Motion passes unanimously.

Motion made by Simmons to recognize and accept resignations of Dr. Jennifer Burns and Justin Gedge submitted to all Board Members via email on Wednesday, December 12, 2021.  Send certified letters to Dr. Jennifer Burns, Justin Gedge and their attorney, Karl Pearson.: Kameron second. Passes Unanimously

| Dr. Jennifer Burns | Justin Gedge | Karl Pearson |
|---|---|---|
| 34406 N. 27th Drive #114 | 43307 Heavenly Way | 4422 N Civic Center Plaza #202 |
| Phoenix, AZ 85085 | Anthem, AZ 85086 | Scottsdale, AZ 85251 |

Motion made by Simmons to nominate and elect Advisory Board Member, Dr. Erin Shannon to APBPA BOD as 3rd Vice-President. Kameron Loe seconds.  Passes Unanimously

Motion made by Simmons to Deny 1st Vice-President, Kevin Simmons, the title of APBPA President, nominate and elect Kameron Loe as APBPA President. Erin seconds.  Passes Unanimously

Motion made by Simmons to nominate and elect Ray King as Acting Secretary. Kameron seconds. Passes Unanimously

Motion made by Simmons to cooperate fully with Arizona Attorney General's Office regarding a potential investigation of Dr. Jennifer Burns and Justin Gedge regarding conspiring with Jennifer Madison to defraud APBPA. Erin seconds Passes Unanimously

Motion made by Simmons to update Arizona Corporations Commission and www.APBPA.org with new Director and Officer information. Manny second Passes Unanimously

Motion made by Simmons to update and remove APBPA Officer information with Chase Bank effectively removing Dr. Jennifer Burns as a Signatory and removing Justin Gedge as Acting Secretary. Manny second Passes Unanimously

# Exhibit A-8

PLNTF. APP. 0031

**Arizona Corporation Commission - RECEIVED: 1/26/2022**          22012419047262
**Arizona Corporation Commission - FILED: 1/24/2022**

# 2021 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:**              ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF
                             AMERICA
**ENTITY ID:**               22266249
**ENTITY TYPE:**             Domestic Nonprofit Corporation
**CHARACTER OF BUSINESS:**   non profit
**AUTHORIZED SHARES:**
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:**    Kameron Loe
**PHYSICAL ADDRESS:**        23623 N Scottsdale Rd # 290, SCOTTSDALE, AZ 85255
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

Att: Kameron Loe, 23623 N Scottsdale Rd # 290, SCOTTSDALE, AZ 85255

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: Howie Bedell - 23623 N Scottsdale Road, #290, SCOTTSDALE, AZ, 85255, USA - - Date of Taking
Office: 05/01/2021

Director: TONY LARUSSA - 23623 N Scottsdale Road, #290, SCOTTSDALE, AZ, 85255, USA - - Date of Taking
Office: 10/12/2017

President: Kameron Loe - 23623 N Scottsdale Road, #290, SCOTTSDALE, AZ, 85255, USA - info@apbpa.org -
Date of Taking Office: 10/12/2017

Secretary: Ray King - 23623 N Scottsdale Road, #290, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office:
10/05/2021

Treasurer: Manny Parra - 23623 N Scottsdale Road, #290, SCOTTSDALE, AZ, 85255, USA - - Date of Taking
Office: 10/05/2021

Vice-President: Dr. Erin Shannon - 23623 N Scottsdale Road, #290, SCOTTSDALE, AZ, 85255, USA - - Date of
Taking Office: 12/30/2021

Vice-President: Kevin Simmons - 6009 W Parker Rd, #149-270, PLANO, TX, 75093, USA - - Date of Taking
Office: 05/01/2021

Vice-President: Steve Bumbry - 9 W Ridgely Rd, #44, LUTHERVILLE, MD, 21093, USA - - Date of Taking Office:
05/01/2021

## SIGNATURE

Vice-President: Kevin Simmons - 01/24/2022

**PLNTF. APP. 0032**

# Exhibit A-9

PLNTF. APP. 0033

**CONSTITUTION**


**And**


**BY-LAWS  AND REGULATIONS**

as amended October 29, 2021

**ASSOCIATION OF PROFESSIONALBALLPLAYERS OF AMERICA**

Kameron Loe, President (2022)

Ray King, Secretary (2022)

**PLNTF. APP. 0034**

<u>ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF AMERICA</u>

<u>CONSTITUTION</u>

| | | | Page |
|---|---|---|---|
| ARTICLE I | - | Name | |
| | | | 3 |
| ARTICLE II | - | Purpose: | |
| Section 1. | (a) | To provide temporary aid, | 3 |
| | (b) | To foster comradeship, | 3 |
| | (c) | Annual banquet and funds-raising activities, | 3 |
| Section 2. | | No legislative propaganda or political activities, | 3 |
| | | | |
| ARTICLE III | - | Finances: | |
| Section 1. | | Revenues to be used for charitable purposes, | 3 |
| Section 2. | | Revenues not to inure to private individuals, | 3 |
| Section 3. | | Reserve Fund, | 4 |
| Section 4. | | Investments limited to U.S. obligations, | 4 |
| Section 5. | | Audits, | 4 |
| Section 6. | | Fiscal year, | 4 |
| | | | |
| ARTICLE IV | - | Office of the Association, location | 5 |
| | | | |
| ARTICLE V | - | Membership: | |
| Section 1. | | Classes of Membership, | 5 |
| Section 2. | | Regular Membership, | 5 |
| Section 3. | | Honorary Membership, | 5 |
| Section 4. | | Applications for Membership, | 5 |
| Section 5. | | Non-discrimination, | 5 |
| Section 5. | | Moral Requirements, | 6 |
| Section 6. | | Membership Charitable Payments, | 6 |
| Section 7. | | Membership Suspension or Termination, | 6 |
| | | | |
| ARTICLE VI | - | Board of Directors: | 6 |
| Section 1. | | Members of Board, | 6 |
| Section 2. | | Presiding Officer, | 6 |
| Section 3. | | Authority and Jurisdiction, | 7 |
| Section 4. | | Majority vote at meetings or by mail, | 7 |
| | | | |
| ARTICLE VII | - | Officers: | |
| Section 1. | | Number of requirements, | 7 |
| Section 2. | | Salaries, | 7 |
| Section 3. | | President, | 7 |
| Section 4. | | Vice-Presidents, | 8 |
| Section 5. | | Secretary-Treasurer, | 8 |
| | | | |
| ARTICLE VIII | - | Advisory Council, | 9 |

|  |  |  | Page |
|---|---|---|---|
| ARTICLE IX | - | Meetings: | |
| Section 1. | | Of Members, | 9 |
| Section 2. | | Of Board of Directors, | 10 |
| Section 3. | | Mail Vote, | 10 |
| | | | |
| ARTICLE X | - | Election of Officers and Directors: | 10 |
| Section 1. | | How nominated and elected, | 10 |
| Section 2. | | Term of office, | 11 |
| | | | |
| ARTICLE XI | - | Aid Requests and Payments: | 11 |
| Section 1. | | Requirements as to aid requests, | 11 |
| Section 2. | | Aid Committees, Investigations, Recommendations, Appeals, | 11 |
| Section 3. | | Emergency action, | 11 |
| Section 4. | | Funeral expenses, | 12 |
| Section 5. | | Loans and certain payments obligated, | 12 |
| Section 6. | | Association not obligated, | 12 |
| | | | |
| ARTICLE XII | - | Authority of Baseball Commissioner, | 12 |
| | | | |
| ARTICLE XIII | - | | |
| Section 1. | | Effective date of Constitution, | 13 |
| Section 2. | | Duration of Association; California law governs | 13 |
| Section 3. | | Attestation and certification of Constitution, | 13 |
| Section 4. | | Constitution kept in Association's archives, | 13 |
| Section 5. | | Action if Association terminates, | 13 |
| | | | |
| ARTICLE XIV | - | Amendment of Constitution, | 13 |
| Section 1. | | Authority of Board of Directors, | 13 |
| Section 2. | | Prohibited amendments, | 13 |
| | | | |
| CERTIFICATION, | | | 14 |

BY-LAWS AND REGULATIONS

| 1. | Annual charitable contributions by active members, | 15 |
|---|---|---|
| 2. | Annual contributions by inactive members, | 15 |
| 3. | Honorary members, | 15 |
| 4. | Contributions: date due; delinquencies; waiver, | 15 |
| 5. | Ten-Year Honor Cards, | 15 |
| 6. | Life Membership Cards, | 15 |
| 7. | Voting privileges, | 15 |
| 8. | Association's Seal, | 16 |

ARTICLE I

<u>Name</u>

This organization shall be called the ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF AMERICA.

ARTICLE II

<u>Purposes</u>

Section 1.         The purposes of this Association are:

(a) To obtain, provide, receive, administer and disburse funds for charitable purposes, particularly direly-needed temporary aid for medical and hospital care, support and maintenance, funeral expenses, and other necessary assistance to persons who have served, or serving or hereafter be served, has players, managers, coaches, trainers, umpires and the scallops in the National League of Professional Baseball Clubs, the American League of professional baseball clubs, the National Association of Professional Baseball Leagues, and their constituent members.

(b) To foster, maintain, promote and perpetuate fellowship, social relations, comradeship, mutual regard to this team among persons who have served professionally in the National Game of Baseball and all others who desire to promote Baseball's interest and the purposes of this Association.

(c) For the objectives above mentioned, to arrange for and hold an annual banquet in the city wherein this Association's office is located, and elsewhere if desired, and to arrange for, endorse, promote and sanction exhibition baseball games, or other activities, when the proceeds thereof are allocated, in whole or in part to this Association.

Section 2.         This Association shall not engage in any activities connected with carrying on propaganda, or otherwise attempting to influence legislation; and it also shall not, in any manner or to any extent, participate in, or intervene in (including the publishing or distributing of statements), any political campaign on behalf of any candidate for public office.

ARTICLE III

<u>Finances</u>

Section 1.         All revenues accruing to received by this Association, from whatever source or sources derived, shall be reserved, held and used, after paying this Association's operating expenses, exclusively for the charitable purposes of this Association specified in Section 1 (a), of Article II, of this Constitution.

**PLNTF. APP. 0037**

Section 2.        No part of the net revenues of this Association shall be paid to or inure to the benefit of any private individual otherwise than as specified in Section 1 (a), of Article II, and in Article XI, of this Constitution.

Section 3.        Reserve Fund.    The Board of Directors may order that a Reserve Fund be established and maintained, in such amount and in such manner as they may deem expedient and proper to enable continuance of this Association and fulfillment of its charitable purposes.

Section 4.        Investments.      The Board of Directors may order that the Reserve Fund and such other funds as this Association may have, or so much thereof as the Board of Directors may deem proper, be invested in bonds, notes, certificates or other obligations of the United States but not otherwise.

Section 5.        Audits.    As soon as possible after the close of each fiscal year of this Association, and in any event within 60 days thereafter, there shall be submitted to the Board of Directors, and by them to the next meeting of the members of this Association, a written report by a certified public accountant, selected by the Board of Directors, covering all financial transactions, assets, accounts and records of this Association for such preceding fiscal year.  The Board of Directors also may have a similar audit made at any other time or times the Board may deem proper,

Section 6.        Fiscal Year.    Unless otherwise ordered by the Board of Directors, the fiscal year of this Association show began on November 1 of each calendar year end and on October 31 of the next ensuing calendar year.

ARTICLE IV

Office

Section 1.        The office of this Association as been located in Los Angeles, California, since this Association was organized on July 1, 1924.  It shall not be removed from Los Angeles unless The Board of Directors, by three-fourths vote of all Directors, shall designate a different city.  The office may be moved in like manner from any such newly designated city.  However, this Association must always be located in The United States.

Section 2.        Any change in location of this Association's office, made as above set forth, shall take effect upon such date as may be stated in the proposal to make the change, which date must be not less than three years subsequent to the vote on such proposal; and any such new location shall be effective for not less than three years.

ARTICLE V

Membership

Section 1.        There shall be two classes of membership: Regular Membership and Honorary Membership.

Section 2.        Regular Membership  shall be limited to the persons who have served or are serving as players, managers, coaches, trainers, scouts or umpires in the organizations mentioned in Section 1 (a) , of Article II, of this Constitution.

Section 3.        Honorary Membership  shall be limited to persons granted same by the Board of Directors, or by majority vote of the regular members, and recognition and appreciation of distinguished service to professional baseball in any capacity or to this Association in any capacity.  Honorary Members may also be, but need not be, regular members.

Section 4.        Applications for Membership may be made to the Board of Directors and/or Secretary-Treasurer in such form and subject to such terms and provisions as the Board of Directors may prescribe.  The Board of Directors shall have full and final authority to grant or reject such applications.

Section 5.        Moral Requirements.  No person convicted of a crime involving disgraceful dishonesty or moral turpitude, or disbarred from professional baseball for conduct detrimental to baseball, shall be eligible for membership in this Association; and any person so convicted or disbarred after becoming a member shall ipso facto cease to be a member.

Section 6.     Membership Charitable Payments.  There shall be no membership fee or dues, but as a prerequisite to becoming and continuing to be a regular member of this Association, each person holding such membership shall make an annual contribution to this Association which, except as required for payment of this Association's administrative expenses, shall be applied to and used exclusively for the purpose is set forth in Section 1 (a) of Article II, of this Constitution.  The Board of Directors shall fix the amount, time of payment, and all other matters connected with such contributions, and may base the amount according to the kind of membership held and the classifications of professional baseball in which the member is or has been serving.  Any member who, since July 1, 1927, has made such contributions for a period of 20 years shall be exempt from any requirement of additional contributions and shall be issued a Life Membership card in such form as the Board of Directors may prescribe.  Members shall be exempt from making of contributions while serving in the Armed Forces of the United States.  The Board of Directors likewise may exempt from the making of contributions, for the period of his incapacity, any member whom the Board finds to have become incapacitated, due to injury or illness, during the major part of his Club's playing season, or permanently, or to have become financially unable, without undue hardship, to make the contributions which otherwise would be required.

Section 7.     Membership Suspension or Termination.  Any regular or honorary membership may be suspended or terminated by the Board of Directors, and their sole discretion, and in accordance with such by-laws and regulations as they may establish, for non-compliance by the members with any provision of the Constitution, By-Laws and Regulations of this Association, including but not limited to the preceding section thereof.

ARTICLE VI

Board of Directors

Section 1.     The Board of Directors shall consist of the Officers and ten regular or honorary members of this Association, elected every three years as provided in Article X.

Section 2.     The President of this Association shall be the Chairman of the Board of Directors and preside at all its meetings; provided, however, that if the President is not present, or is unable to act, temporarily or otherwise, then the first, second or third Vice-President, or the Secretary-Treasurer, in the order listed, shall preside at the meetings of the directors were members.

PLNTF. APP. 0040

Section 3.        The Board of Directors shall have general and final authority and jurisdiction;

(a) To administer, construe or enforce this Association's Constitution;

(b) To adopt, administer, construed enforce such by-laws and regulations, not conflicting with the Constitution, as they may seem necessary or expedient for the conduct of this Association's affairs;

(c) To determine all controversies, disputes and questions involving this Association's Constitution, By-Laws and Regulations, any action of any officer, or otherwise arising in the affairs and operations of this Association, and to take such action in respect to all such matters as they deem necessary or expedient;

(d) To appoint successors to any directors or officers who may resign, die, become incapacitated, be removed from office, or otherwise become unable or disqualified to act, and such successor shall hold office until the next following the election, as provided in Article X, of officers and directors;

(e) To take such preventative, punitive or remedial action as they may deem appropriate for any conduct detrimental to professional baseball or to this Association by any member or officer, including but not limited to removal from office and/or suspension or forfeiture of membership; and

(f) To receive, consider and recommend for or against proposals to amend this Constitution, as provided in Article XIV.

Section 4.        Except as may be otherwise provided in this Constitution, the Board of Directors shall act by majority vote of those present at any duly convened a meeting of the Board, or by majority vote of those voting when action is taken on mail vote.

ARTICLE VII

Officers

Section 1.        The officers of this Association shall be a President, First Vice-President, Second Vice-President, Third Vice-President, and a Secretary-Treasurer.  The combined offices of Secretary and Treasurer shall be held by the same person, but no other two or more offices shall be held by the same person.  All officers must be regular or honorary members; however, at a minimum 2/3 of the Board must be regular members and 1/3 may be honorary members.  Further, quorum must be no less than 2/3 regular members.

Section 2.        Salaries.  No officer other than the Secretary-Treasurer shall be paid a salary by this Association.

Section 3.        President.  The President shall preside at all meetings of this Association and its Board Members.  He shall appoint, and ex-officio shall be a member and chairman of, all committees unless otherwise provided in the motion for resolution under which constituted.  He shall be the chief executive officer and shall execute and enforce, subject to the orders of the Board of Directors, all provisions of the Constitution, By-Laws and Regulations of this Association.  He shall report to the Board of Directors, for such action as they may deem proper, any matters involving the interests or welfare of this Association which may come to his attention, including but not limited to any member, officer or director who may fail to perform his obligations to this Association or who otherwise may act improperly.

Section 4.     <u>Vice-Presidents</u>.  The Vice-Presidents, in the order of their standing, shall succeed to and perform the office and duties of the President in the event of his resignation, death or legal incapacity to act, and also during his absence, illness, or other temporary inability to act.

Section 5.     <u>Secretary-Treasurer</u>.

(a) The Secretary-Treasurer shall handle all secretarial work of this Association.  We shall keep a true and complete account between this Association and its members, all membership records, minutes of meetings of this Association and its Board of Directors, and such other records as the Board of Directors may order.  He shall have charge and be responsible for the safekeeping of all files and records of this Association.  He also shall conduct and have charge of the general correspondence of this Association.

(b)  The Secretary-Treasurer shall be responsible for and have charge, under the supervision, control the direction of the President and/or Board of Directors, of all financial matters of this Association.  He shall receive, collect and account for all contributions, revenues and monies accruing to, due or payable to this Association; and he shall deposit them to the credit of this Association, in such bank or banks as the Board of Directors may designate.  He shall have authority, subject to the supervision and control of the President and/or Board of Directors, to issue checks against such deposits and payment of all administrative and operating expenses of this Association, including but not limited to employees' salaries (including his own), office expenses, postage, printing, rent, stationary and supplies, telephone, telegraph in travel expense, investigation of aid requests, and any other expenses incident to proper performance of his duties into efficient operation of this Association.  He shall also have authority to issue checks in payment of charitable contributions from the funds of this Association as authorized by the Board of Directors pursuant to the provisions of this Constitution.  He shall keep true and complete books of account covering all receipts an disbursements, bank accounts, assets, and financial transactions of this Association, and shall render a yearly report to the President and Board of Directors covering same and such other matters as the President and/or Board of Directors may require.

(c)  <u>Bond</u>.  The Secretary-Treasurer shall deliver to the President a bond for the faithful performance of his duties, issued by a corporate surety company designated by the Board of Directors, and such sum as the Board of Directors may fix but at no time in less than the full amount of the funds in assets of this Association which are or may come into his possession or under his control.  All costs of such bond shall be paid by this Association.

(d)  <u>Committees</u>.  The Secretary-Treasurer shall be a member and the secretary of all Committees, unless otherwise provided in the motion or resolution under which constituted.

(e)  <u>Other Duties</u>.  The Secretary-Treasurer shall have other duties, obligations and responsibilities as the Board of Directors may deem proper to establish will require.

(f)  The Secretary-Treasurer shall reside in or within 50 miles of the city wherein the office of this Association is located.

ARTICLE VIII

Advisory Council

Section 1.        Not more than seven members of the Advisory Council shall be selected by the Board of Directors, irrespective of membership in this Association.

Section 2.        The Board of Directors shall have authority to fill in the vacancies, however created, in the Advisory Council.

Section 3.        Each member of the Advisory Council shall be entitled to advise and consult with the officers and directors as to any and all matters involving the welfare and operations of this Association, and also shall be entitled to be present at any and all meetings of this Association and its Board of Directors.

ARTICLE IX

Meetings

Section 1.        Members.  The annual meeting of the members of this Association shall be held in the city in which the National Association of Professional Baseball Leagues holds its annual convention, and at such place therein and at such date within the period of said convention as the President and/or Board of Directors of this Association may designate.  Special meetings of the members shall be held at such times and places as he may designate, or as and when designated by the Directors. In fixing the time and place of special meetings, for the purpose of inducing as large an attendance as possible, a city and date coinciding with that of some outstanding professional baseball event—such as, but not limited to, a Major League or National Association all-star game or meeting, or a World Series game—shall be selected, if reasonably feasible.  Except by invitation of the Board of Directors, only regular members and members of the Advisory Council shall be entitled to be present at any meeting of this Association, and each regular member in good standing at the time of the meeting shall be entitled to vote at the meeting.  Whatever regular members attend such annual meeting, or any special meeting, shall constitute a quorum for the transaction of business, and action thereon shall be by majority vote unless otherwise provided in this Constitution.  Except by unanimous consent, no motion, resolution or other proposal shall be considered or acted upon at the annual or any special meeting of the members unless it is submitted by the President and/or Board of Directors, or unless it has been submitted in writing to the President and/or Board of Directors at least 10 days prior to the meeting, in which case it shall be the duty of the Board of Directors to submit the matter to the members with the Board's recommendations as to adoption, modification or rejection of such motion, resolution or proposal.

Section 2.        Directors.  The annual meeting of the Board of Directors shall be held in the city where the annual meeting of the members is held, on or shortly preceding the date of such meeting of the members, at such place and time as the President may designate.  Special meetings of the directors shall be held at such time and place as the President may deem desirable.  It shall be the duty of the President to call such special meetings upon the written or telegraphic request of any five directors. Written or telegraphic notice of the time and place of such special meetings, and of the matters to be considered and acted upon, shall be given by the President, or by the Secretary-Treasurer at his request, in time to be received by each director, in ordinary course of mail or telegraphic delivery, not less than 10 days prior to the meeting.  Such notice may be waived by any director.  The director may give his proxy (which shall be filed with the Secretary-Treasurer), covering only the meeting specified in such proxy, to another director, who shall act and vote thereunder in such manner as it may specify, or, if not specified, then as he may deem proper.  Five directors present were represented by proxy shall constitute a quorum for the transaction of business.  But shall be the duty of the Board of Directors to consider any and all matters or proposal submitted by any regular member of this Association and to adopt, modify or reject the same, as they may deem desirable, with the matter is within their jurisdiction, or to recommend adoption, modification or rejection thereof, to the members at their next meeting, when the matter requires action by the members.

Section 3.        In the internal between annual meetings of the members and of the Board of Directors action may be taken by mail vote whenever so ordered by the Board of Directors, and upon such terms and conditions as the Board of Directors may prescribe.

ARTICLE X

Election of Officers and Directors

Section 1.        Every third year at the annual meeting of Board of Directors and members of this Association not less than two candidates shall be nominated for each office mentioned in Section 1, of Article VII, and for each of the ten additional directorships mentioned in Section 1, of Article VI. A motion to nominate, which is seconded by two or more regular members present at the meeting, shall constitute a legal nomination. If no or less than two candidates be nominated for any office or directorship, the Board of Directors shall designate as many additional nominees as may be necessary.  Within 30 days after such meeting, the Secretary-Treasurer shall electronically mail to each regular member in good standing at the date of mailing, a ballot listing each office and the nominees therefor. A period of 30 days after date of such electronic mailing must elapse before opening counting the ballots voted and returned to the Secretary-Treasurer, who with at least two additional officers or directors as witness shall count and record the votes, with authority in their sole discretion to reject any ballots they may find to be improperly voted, but only to such extent as they may hold such ballots to be improperly voted in cases where they do not hold them to be entirely invalid. Immediately thereafter the Secretary-Treasurer and witnesses shall electronically mail a report to each officer and director of the results of the election, and he shall also give such information to press associations, newspapers, radio services, and such other publicity agencies as to him may seem desirable.

Section 2.        Each Director and officer shall hold office for the term of three years, commencing on February 15th next following his election.  Each shall be eligible to re-election.  All vacancies in elective offices shall be filled by the Board of Directors for the period of vacancy.

ARTICLE XI

Aid Requests and Payments

Section 1.          Request for temporary aid from the funds of this Association, to or on behalf of any person coming within the provisions of Section 1 (a), or Article II, may be made to the Secretary-Treasurer by or on behalf of the person himself, or by any officer, director, Advisory Council member, or regular member.  Such request shall be in such form and be accompanied by such information as the Board of Directors may require.

Section 2.          Upon receipt of any such request, the Secretary-Treasurer shall promptly appoint at least two regular members of this Association to act, and the Secretary-Treasurer as chairman and secretary, temporary assistance can and should be extended out that any funds of this Association available for this purpose.  Such Aid Committee shall investigate to determine whether the person to be aided is destitute, disable, incapacitated by illness, age or other cause, incapable of self-support, or otherwise in need and meritoriously deserving of aid from this Association's funds.  Each Aid Committee is authorized to demand all such information as they may deem necessary, and if such information being withheld the Aid Committee must reject the request.  The decision of any Aid Committee, rendered either unanimously or by a majority of its members, as to whether or not temporary aid should be given, and as to the amount thereof, how and when and to whom it should be given, and as to any condition or requirement involved in their decision, shall be final and unless on appeal therefrom, by or on behalf of the person for whom the aid is requested, the Board of Directors shall reverse or revise any such action of the Aid Committee.  Any such appeal from the Aid Committee's decision must be presented in writing to the Board of Directors within 30 days from date of such decision, and the action of the Board thereon shall be final and conclusive.

Section 3.          In any case which, in the opinion of the Secretary-Treasurer or any other director, is meritorious and too urgently necessitous to await investigation as provided in Section 2 hereof, the Secretary-Treasurer is authorized to issue aid checks for not exceeding a total of $_____. Any payment or payments to or for any one person, which aggregate more than said amount, must have the written or telegraphic approval of a majority of the directors.  Notwithstanding this authority to deal with such an emergency situation, any such case must be put in process of investigation and decision and thereafter be handled as provided in Section 2 above.

Section 4.        Without the written or telegraphic consent of the majority of the Board of Directors which shall be given the only in cases they deem meritorious and necessitous, the Secretary-Treasurer is authorized to pay out of this Association's funds an amount not exceeding $300.00 for or on account of funeral expenses of any person within the provisions of Section 1 (a), of Article II, provided the total of such funeral expenses (with this Association's contribution included) does not exceed $300.00.  In no case shall this Association contribute anything for funeral expenses which totaled over $300, or contribute anything unless required by indigent or other necessities circumstances of the person and his heirs or next of kin, in the opinion of a majority of the Board of Directors; and if it be ascertained subsequently that the estate of the decedent is sufficient to pay funeral expenses (without including this Association's as contribution), then the contribution of this Association, or so much thereof as shall cause the total thereof to exceed $300, shall be a claim against the decedent's estate.

Section 5.        No funds of this association shall be disbursed, use or applied, directly or indirectly, to loans to or for any person or organization, or to or for payment of insurance, interest, taxes, dues of lodges or fraternal organizations or unions, or cost of any transportation of any person, his family or property.

Section 6.        This Association does not in any way or to any extent insure its members or any other persons as to medical, hospital, support, maintenance, or funeral expenses, nor obligate itself as to any other bills, expenses or obligations of any member or other from person, nor guarantee any form of financial aid to any member or other person.  Any and all aid which this Association may render to any person is entirely voluntary, charitable and non-obligatory, and is positively and strictly limited to such extent and amount, if any, and upon such conditions, as may be authorized in each needy case by the Board of Directors pursuant to the provisions of this Constitution.

ARTICLE XII

Authority of Baseball Commissioner

This Association recognizes and respects the office of Commissioner of Professional Baseball and grants to whosoever may hold that office, or be acting as Commissioner, the authority, power and right to attend or be represented at any meeting of this Association or its Board of Directors; to investigate any and all acts of this Association; to examine or cause to be examined by a certified public accountant, any and all accounts and records of this Association; to interrogate any officer, director or member as to anything done or omitted by him or this Association, directly or indirectly relating to this Association, and to take such preventative, remedial or punitive action as he may deem appropriate as to anything detrimental to baseball, or contrary to law, in connection with any act or the date of this Association.

ARTICLE XIII

Effective Date, Duration, Certification and Dissolution

Section 1.        This Constitution shall become effective immediately upon its adoption and shall continue in effect, except as amended as pursuant to Article XIV, during the life of this Association.

Section 2.        This Association shall exist until and including December 31, 1999, unless limited to a lesser time by the laws of the State of California, now or hereafter in effect, in which event it shall exist for such lesser time, it being the intention of this Association that it and this Constitution shall be subject to the laws of the State of California.

Section 3.        This Constitution shall be attested and certified as having been duly adopted by this Association, by the persons presently holding the offices of President and Secretary-Treasurer, by affixing their signatures hereto.

Section 4.        This Constitution, attested as provided in preceding Section 3, shall be placed, retained and safeguarded in the archives of this Association.

Section 5.        In the event of any dissolution or termination of this Association by operation of law or otherwise, all its assets other than cash, bank accounts and securities, shall be converted into cash, by or under the direction of the Board of Directors, at private or public sale, for such consideration and upon such terms as the Board of Directors, and its discretion, may deem proper; and all funds and securities of this Association shall be paid or delivered to such charitable and welfare uses and organizations, and in such amounts or percentages, as the Board of Directors in its sole discretion, may deem proper, such uses and organizations including but not limited to (1) The Salvation Army and other nationally operating welfare organization, and (2) the Commissioner of Baseball, or other baseball authority then existing in the United States, to be administered and used solely as a trust fund for medical, hospital or subsistence aid to such persons as are mentioned in Section 1. (a) of Article II.

ARTICLE XIV

Amendment

Section 1.        The Board of Directors shall have authority to amend, change or revise any provision of this Constitution and By-Laws in such a manner as to comply with the rulings or regulations of the U.S. Treasury or Internal Revenue Department, and any and all actions they may deem proper to advance and protect the interests of this Association.  All changes shall be adopted when and if approved by a unanimous vote of the Board of Directors.

Section 2.        No amendment shall be considered, acted upon, or be effective, if and to the extent that it contravenes or derogates from the provisions of Sections 1 (a) and 2, of Article II, or Sections 1 and 2, of Article III, or is inconsistent with or contrary to any provisions of the United States Internal Revenue Code applicable to charitable organizations, or any decisions, interpretations or rulings respecting same by the Internal Revenue Department.

**PLNTF. APP. 0047**

X     X     X

CERTIFICATION


The undersigned, respectively President and the Secretary-Treasurer of the ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF AMERICA, hereby attest and certify that the foregoing Constitution was duly adopted, as therein provided, on December 30, 2021, by said Association.

IN TESTIMONY THEREOF, we affix our signatures and the seal of said Association hereto, this <u>30</u><sup>th</sup> day of <u>December</u>, 2021.


| | |
|---|---|
| | \Kameron Loe\ |
| | President |
| | |
| | \Ray King\ |
| | Secretary-Treasurer |


(Affix Association seal here)



BY-LAWS AND REGULATIONS

1. Any regular member who is actively engaged in, or who receives compensation from a professional baseball organization mentioned in Section 1 (a), of Article II, of this Association's Constitution, shall make an annual contribution for the charitable purposes of this Association, as set forth in Section 7, of Article V, of the Constitution.  The minimum amount of such contribution shall depend upon the classification of the league or club with which the regular member has such connection on April 15 of each year as follows:  Current Major League or Major League Club, $200.00; Current Major League Scout, $50.00; Current Minor League or Minor League Club $50.00; Current Independent League or Independent League Club $50.00; all Former Players (MLB, MiLB and Independent), $50.00; and Current and Former Clubhouse Personnel, $50.00.

2. Any regular member who is not actively engaged in and who receives no compensation from any such professional baseball organization shall make an annual contribution in the minimum amount of $50.00.

3. Any honorary member who initially were subsequently makes contributions in the total amount of $150.00 or more may be awarded honorary membership upon Board approval, to be evidenced by a card in such form as the Board of Directors may prescribe, and shall be required to make $150.00 annual contributions thereafter to maintain honorary member status. Honorary members are not eligible for Life Time Member status.

4. Payment of the aforesaid contributions is to be made on or before July 1 of each year, otherwise the delinquent member shall be automatically suspended and his membership shall be automatically forfeited and terminated if his delinquency continues for two years; provided, however, that ---

   (1) Any person whose membership has been suspended or forfeited as above set forth may be reinstated upon making all charitable contributions as to which he may be delinquent, commencing with the year such delinquency began and to and including the year of reinstatement; and

   (2) The Secretary-Treasurer, with the approval of the Board of Directors, may suspend or waive any such charitable contribution by any member, regular or honorary, who certifies in writing that he is unable to make such contribution because of illness, disablement or other incapacity, including but not limited to any cause making it difficult or impossible to secure or hold employment or to earn funds necessary for his support, if the Secretary-Treasurer, President, Board of Directors, or any Aid Committee acting pursuant to Article XI, of the Constitution, finds the certified facts to be true.

5. Each regular member in good standing at date of any meeting, mail or electronic vote shall be entitled to attend such meeting and to participate in such mail and electronic vote.  Voting privileges shall extend only to honorary members actively serving or have served on the Board of Directors, if any.

6. Each regular member who has made such annual contributions for 20 years shall receive a Life Membership Card, and shall not be required to make any further contributions to this Association.

7. Each regular member in good standing at date of any meeting or mail vote shall be entitled to attend such meeting and to participate in such mail vote.  Voting privileges do not extend, however, to honorary members, nor are they entitled to attend Association meetings.

8. All Association financial accounts including checking, savings, money market, brokerage et al must have a minimum of (6) six Board Members on file with respective financial institution as

Signatories.  Further, each written check must have Board approval and triplicate signature authority; and any and all recurring payments not utilizing a paper check must have Board approval. Further, any and all issued checks must have signature authority by a minimum of (2) two regular members.

9. The form of seal affixed to the Constitution of this Association, consisting of a circle approximately _____ inches in diameter, with the words ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF AMERICA around the circumference and the words OFFICIAL SEAL in the center, is adopted as and declared to be the official seal of this Association.

# Exhibit A-10

PLNTF. APP. 0051

# Friends of the Association of Professional Ball Players of America

**Association of Professional Ball Players of America** · 8h · 👥

Crop

# Predators!
# Embezzlers from those who are down and out!
# Fraudsters!
# Law Breakers!
# Please beware of these two especially if you're a woman or you're vulnerable in any way!
# Seriously beware!!!

👍 Like





## Friends of the Association of Professional Ball Players of America

••• ✕

Association of Professional Ball Players of America · 3d ·



Baseball Musings
https://www.baseballmusings.com › ...

⋮

# Kameron Loe | baseballmusings.com

The Evil Player program selected Kameron Loe as Friday's evil player. Loe channels his inner Voldermort, keeping a seven foot pet snake in the clubhouse ...

 Like

 Send

### Friends of the Association of Professional Ball Players of America

Association of Professional Ball Players of America · 2d ·

I think we can thankfully end this now for everyone involved, Kameron Loe and Kevin Simmons please name one APBPA Board Member who voted for you? It's a requirement so who approved you other than yourselves? Answer just that right now please? We are all awaiting your answer.



 Like

 Send



KAMI K. BEATY
MICHAEL V. BOURLAND
NATALIE S. BRACKETT
BETHANY L. BROOKS
AUSTIN L. CALDERA
STEPHANIE M. DALEY
LEVI M. DILLON
DAVID P. DUNNING
GRAIGORY B. FANCHER
EMILY B. GARZA
DAVID J. GOODMAN
BRYON R. HAMMER
SADIE HARRISON-FINCHER
PHILLIP A. HECKER
WYNDHAM A. HUBBARD

LISA H. JAMIESON
WILLIAM R. KORB
MACKENZIE C. LUCE
ALICIA D. MEINZER
ERIC J. MILLNER
DARREN B. MOORE
JEFFREY N. MYERS
JAY B. NEWTON
JEREMY R. PRUETT
KENDALL K. RYMELL
MEGAN C. SANDERS
ALLISON M. SKEES
ELLE W. WHITAKER
DUSTIN G. WILLEY

301 COMMERCE STREET, SUITE 2500
FORT WORTH, TEXAS 76102-4125

(817) 877-1088 | FAX: (817) 877-1636

WWW.BWWLAW.COM

gfancher@bwwlaw.com

December 8, 2023

United States District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

> Re:    Civil Action No. 4:23-cv-01037-O; *Association of Professional Ball Players of America v. Jennifer S. Madison and Nate Miller and Does 1 – 25*; United States District Court for the Northern District of Texas, Fort Worth Division

Dear Clerk:

The ShareFile link below contains the video file included as part of Exhibit A-10 to *Plaintiff's Appendix in Support of its Application for TRO and Preliminary and Permanent Injunction* related to the above-referenced matter.

https://bwwlaw.sharefile.com/d-s30813e629d134418b631f3e5f59830c7

A flash drive containing the video file will be hand delivered to Judge O'Connor on December 8, 2023, with the Judge's Copy of Plaintiff's Appendix.

Sincerely,

BOURLAND, WALL & WENZEL, P.C.

*/s/ Graigory B. Fancher*

GBF/eb
513119

PLNTF. APP. 0055