IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF AMERICA, *Plaintiff*, | § § § § | |
| v. | § § | Civil Action No. 4:23-cv-01037-O |
| JENNIFER S. MADISON AND NATE MILLER AND DOES 1 – 25, *Defendants*. | § § § § | |

## DEFENDANT NATE MILLER'S CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant Nate Miller provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Not applicable/none.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

1. Association of Professional Ball Players of America
2. Jennifer S. Madison
3. Nate Miller

Respectfully submitted,

**THE PETERS FIRM, PLLC**

*/S/ Drew T. Peters*

**DREW T. PETERS**
State Bar No. 24070408
600 W. 6th St., Fourth Floor
PMB # 400-A
Fort Worth, TX 76102
(817) 693-8220 - Telephone
(817) 696-9121 - Facsimile
dpeters@petersfirmtx.com

**ATTORNEY FOR DEFENDANT
NATE MILLER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been electronically served via the Court's CM/ECF system upon all counsel or parties of record in this proceeding on January 31, 2024.

*/S/ Drew T. Peters*

**DREW T. PETERS**