# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF AMERICA<br>　*Plaintiff,*<br><br>v.<br><br>JENNIFER S. MADISON AND NATE MILLER AND DOES 1 – 25<br>　*Defendants.* | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:23-cv-01037-O<br>§<br>§   JURY TRIAL DEMANDED<br>§<br>§<br>§ |

## **DEFAULT BY CLERK AS TO DEFENDANT JENNIFER S. MADISON**

IT APPEARING from the records of the above-entitled and numbered action that service of a summons and the complaint has been made upon Defendant Jennifer S. Madison ("Madison"), and it further appearing from the declaration of Plaintiff's counsel and other evidence as required by Federal Rule of Civil Procedure 55(a) that Madison has failed to plead, respond, or otherwise defend in this action as directed in the summons and as provided in the Federal Rules of Civil Procedure:

NOW, THEREFORE, on Plaintiff's request, DEFAULT is hereby entered against Madison.

KAREN MITCHELL, CLERK OF COURT

DATED: March 7, 2024     BY: s/B. Boles, Deputy Clerk