UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ASSOCIATION OF PROFESSIONAL BALL PLAYERS OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JENNIFER S. MADISON and DOES 1-25,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No. 4:23-cv-01037-O<br>§<br>§<br>§<br>§<br>§<br>§ |

# FINAL JUDGMENT

This Judgment is issued pursuant to FED. R. CIV. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED,** and **DECREED** that:

(1) Plaintiff's Motion for Summary Judgment is **GRANTED in part** and **DENIED in part**.

(2) Plaintiff's anti-dilution and injury-to-business-reputation claim is **DISMISSED without prejudice**.

(3) Plaintiff have and recover judgment from Jennifer Madison for the following:

Attorney's fees incurred in the amount of $41,275;

Costs of court as allowed by law;

Post-judgment interest at 4.17% per annum from the date of this Judgment until paid; and

1

Return of Plaintiff's bond in the amount of $1,000.00 posted with the Court in connection with the Preliminary Injunction entered in this action on January 9, 2024.

It is **FURTHER ORDERED** that Madison and her agents, employees, and attorneys, together with all persons and entities in active concert or participation with them, are **PERMANENTLY ENJOINED** from taking the following actions, either directly or indirectly:

(1) Representing in any manner and at any place, including on social media websites such as but not limited to Facebook, that they are authorized representatives of Plaintiff;

(2) Representing in any manner and at any place, including on social media websites such as but not limited to Facebook, that they are authorized to conduct fundraising activities on behalf of Plaintiff;

(3) Soliciting funds, support, or other goods or services in any manner and at any place, including on social media and Internet websites such as Facebook and GoFundMe, on the alleged basis that the goods or services will be used by or for the benefit of Plaintiff;

(4) Commencing or participating in fundraising activities, including on social media websites such as but not limited to Facebook and other Internet forums such as GoFundMe, that are held out in any way to be connected with or for the benefit of Plaintiff or its constituents; and

(5) Utilizing in any manner and at any place, including on social media websites such as but not limited to Facebook, the logos, trademarks, and other intellectual property of Plaintiff.

This Final Judgment fully and finally resolves all issues between Plaintiff and Defendant and may be appealed. Any relief not specifically granted in this Judgment is **DENIED** and any parties not otherwise disposed of are **DISMISSED**.

**SO ORDERED** on this **10th day** of **January, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**